UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Agribank, FCB,

Plaintiff,

vs.

Helena Chemical Company,

Defendant.

Civil No. 01-479 MJD/JGL

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant may and shall have until May 4, 2001, to answer, move or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

SO AGREED.

DATED: April 4, 2001

OPPENHEIMER WOLFF &
DONNELLY LLP

Carey S Meyer

Mark S. Olson (#82120)
Carey S. Meyer (#270726)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000

-and-

FILED APR - 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

Thomas M. Dee
Omri E. Praiss
HUSCH & EPPENBERGER, LLC
100 North Broadway, Suite 1300
St. Louis, MO 63102
Telephone: (314) 421-4800

Attorneys for Plaintiff
Agribank, FCB

DATED: April 4, 2001

FAEGRE & BENSON LLP

Steven L. Severson (#152857)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

-and-

Allen T. Malone
BURCH, PORTER & JOHNSON LLC
130 North Court Avenue
Memphis, TN 38103
Telephone: (901) 524-5000

Attorneys for Defendant
Helena Chemical Company

**ORDER**

IT IS SO ORDERED.

DATED: April 5, 2001, 2001

JONATHAN G. LEBEDOFF
United States Magistrate Judge

M2:20378540.01