UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Agribank, FCB,

Plaintiff,

vs.

Helena Chemical Company,

Defendant.

Civil No. 01-479 MJD/JGL

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties previously stipulated to extend the time period in which Helena Chemical Company ("Helena") may respond to the Complaint to May 4, 2001;
2. Helena has advised Agribank FCB ("Agribank") that its Minnesota counsel, Faegre & Benson LLP, intends to withdraw from the case as a result of a recently disclosed conflict of interest;
3. As a result, the parties have agreed to extend the time period in which Helena may respond to the Complaint for an additional fourteen days to give Helena time to retain new Minnesota counsel; and
4. Accordingly, the parties respectfully request that the Court execute the attached proposed order granting that extension.

FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: May 4, 2001

OPPENHEIMER WOLFF &
DONNELLY LLP

Mark S. Olson (#82120)
Carey S. Meyer (#270726)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000

-and-

Thomas M. Dee
Omri E. Praiss
HUSCH & EPPENBERGER, LLC
100 North Broadway, Suite 1300
St. Louis, MO 63102
Telephone: (314) 421-4800

Attorneys for Plaintiff
Agribank, FCB

DATED: May 4, 2001

FAEGRE & BENSON LLP

Steven L. Severson (#152857)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

-and-

Allen T. Malone
BURCH, PORTER & JOHNSON LLC
130 North Court Avenue
Memphis, TN 38103
Telephone: (901) 524-5000

Attorneys for Defendant
Helena Chemical Company

**ORDER**

Pursuant to the foregoing Stipulation of the parties, it is hereby ordered that defendant Helena Chemical Company shall have until May 18, 2001, to answer, move or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

DATED: May 7, 2001

M2:20385521.01

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge