**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Agribank, FCB,

Plaintiff,

vs.

Helena Chemical Company,

Defendant.

**Civ. No. 01-479 MJD/JGL**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this action, and all claims asserted herein, may be fully and finally dismissed with prejudice, each party to bear its own costs and attorney's fees.

IT IS FURTHER AGREED that any party may have judgment of dismissal entered without notice to any other party.

Date: September 20, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By [signature]
Mark S. Olson #82120

3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
E-Mail: *MOlson@oppenheimer.com*

HUSCH & EPPENBERGER, LLC
Thomas M. Dee
Omri E. Praiss
100 North Broadway, Suite 1300
St. Louis, Missouri 63102
Telephone: (314) 421-4800
Fax Telephone: (314) 421-0239

**ATTORNEYS FOR PLAINTIFF**

SEP 24 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: 9/19/01

**LARKIN, HOFFMAN, DALY & LINDGREN, LTD.**

By [signature]

Alan M. Anderson #149500
Sharna A. Wahlgren #241581

1500 Wells Fargo Center
7900 Xerxes Avenue South
Minneapolis, Minnseota 55431-1128
Telephone: (952) 835-3800

BURCH, PORTER & JOHNSON, PLLC
Allen T. Malone
Jonathan P. Lakey
130 North Court Avenue
Memphis, Tennessee 38103

**ATTORNEYS FOR DEFENDANT**

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation executed by counsel herein, this action is hereby dismissed with prejudice and without costs and disbursements to any party.

Let Judgment Be Entered Accordingly.

Dated this 21st day of Sept., 2001.

BY THE COURT:

[signature]

Honorable Michael J. Davis
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500