# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Agribank, FCB

Case No. Civil 01-479MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Helena Chemical Company

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice and without costs and disbursements to any party.

DATE: September 24, 2001

RICHARD D. SLETTEN, CLERK

Patricia Kegley

Patricia Kegley, Deputy Clerk

27